IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No.   20-mc-00025-NRN

IN RE:

MISCELLANEOUS ELECTRONIC EQUIPMENT

---

**UNITED STATES MOTION FOR EXTENSION
OF TIME TO FILE COMPLAINT FOR FORFEITURE**

---

The United States moves the Court to extend the time in which the United States is required to file a civil forfeiture complaint or criminal forfeiture action, pursuant to 18 U.S.C. § 983(a)(3)(A) for good cause from March 20, 2020 to June 20, 2020. The property subject to potential forfeiture is Miscellaneous Electronic Equipment taken from 1706 W. Stuart Street, Fort Collins, Colorado seized from James Samuel Slaten on September 30, 2019.

In support of this Motion the United States represents to the Court as follows:

1.      The subject property was seized as evidence of possession or accessing sexually explicit images (child pornography) with the intent to view them as well as transporting, receiving, distributing or possessing in interstate or foreign commerce, or by using any facility or means of interstate or foreign commerce, any visual depiction of minors engaging in sexually explicit conduct (child pornography).

2.      The Federal Bureau of Investigation (FBI) initiated administrative forfeiture proceedings against the seized property, and an administrative claim was filed on January 12, 2020, by Joshua Taylor, counsel for James S. Slaten for the subject property.

3.     The seized miscellaneous electronic equipment is still be analyzed and reviewed by the FBI.

4.     Under 18 U.S.C. § 983(a)(3)(A), unless the time is extended by the Court for good cause, or upon agreement of the parties, the United States is required to file a civil complaint for forfeiture against the subject property or obtain an indictment alleging that the property is subject to forfeiture no later than March 20, 2020.  If the United States fails to do so, it is required to release the property and may not take any further action to effect the civil forfeiture of the property in connection with the underlying offense.

5.     As the review of the miscellaneous electronic equipment is ongoing, the government cannot yet file a complaint for forfeiture in rem, detailing the contents of the miscellaneous electronic equipment or their respective use in accessing illegal material.

WHEREFORE, the United States respectfully moves this Court forthwith to extend the period within which the United States is required to file a forfeiture action against the subject assets until June 20, 2020.

DATED this 10th day of March 2020.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: s/Tonya S. Andrews
Tonya S. Andrews
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Ste. 1600
Denver, CO 80202
303-454-0100
Email: tonya.andrews@usdoj.gov
Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March 2020, I electronically filed the foregoing with the Clerk of court using the CM/ECF system, and I hereby certify that I have mailed the same to the following:


s/ *Jasmine Zachariah*
FSA Data Analyst
Office of the U.S. Attorney